UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

SHAMSIDDEEN HATCHER, )
)
    *Plaintiff*, )
)
v. ) No.: 2:15-CV-016-JRG-DHI
)
TENNESSEE DEPARTMENT OF )
CORRECTIONS, et al., )
)
    *Defendants*.

## MEMORANDUM and ORDER

The Court is in receipt of a prisoner's civil rights complaint under 42 U.S.C. § 1983. Section 1915(g) of the Prison Litigation Reform Act of 1996 (PLRA) provides as follows:

> In no event shall a prisoner bring a civil action [*in forma pauperis*] . . . if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

28 U.S.C. § 1915(g).

While incarcerated, plaintiff has filed at least three prior civil actions that have been dismissed for failure to state a claim. *See Hatcher. v. Salyers, et al.*, Civil Action No. 7:08-CV-224 (W.D. Va. March 13, 2008) (order dismissing case for failure to state claim); *Hatcher v. Bristol City Sheriff's Office et al.*, Civil Action No. 7:08-CV-440 (W.D. Va. July 29, 2008) (memorandum opinion and order dismissing case for failure to

state claim); *Hatcher v. Barnette*, Civil Action No. 2:14-CV-215 (E.D. Tenn. Dec. 5, 2014) (order dismissing case for failure to state a claim).

Plaintiff has not made any allegations of imminent harm. Thus, in order to file this action, plaintiff must prepay the entire $400.00 filing fee. Plaintiff shall have thirty (30) days from the date of this Memorandum and Order to pay the full filing fee of $400.00. If plaintiff fails to pay the total amount of the fee within the allotted time-frame, his complaint will be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)'s three-dismissal rule.

**E N T E R :**

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE